IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BILLY JOE HENSON                                                                 PLAINTIFF
ADC #77911

VS.                             CASE NO. 5:06CV00303 JLH

L. MURRAY, et al.                                                                DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that Plaintiff's complaint against Defendant is hereby dismissed.

SO ADJUDGED this 10th day of April, 2007.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE